**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William TYLER, Defendant–Appellant.**

**No. 12–10702**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 20, 2012.

Patricia D. Barksdale, Arnold B. Corsmeier, Robert E. O'Neill, U.S. Attorney's

---

Office, Jacksonville, FL, for Plaintiff–Appellee.

Stephen A. Mosca, Mosca Law Firm, Jacksonville, FL, William Tyler, FCI Yazoo City Low, Yazoo City, MS, for Defendant–Appellant.

Before CARNES, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Stephen A. Mosca, appointed counsel for William Tyler in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Tyler's supervised release, and his 24–month sentence of imprisonment, are **AFFIRMED.**